**TYSON & MENDES LLP**
GRIFFITH HAYES
Nevada Bar No. 7374
Email: ghayes@tysonmendes.com
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
Telephone: (702) 724-2648
Facsimile: (702) 410-7684
*Attorneys for Defendant Walmart, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MARCELA ALARCON, an Individual,

Plaintiff,

v.

WALMART INC., a Foreign Corporation; DOES I-V; and ROE CORPORATIONS VI-X, inclusive,

Defendants.

Case No.: 2:26-cv-01537-GMN-EJY

**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, between Plaintiff MARCELA ALARCON, an individual, by and through her counsel, PERALTA PLANK LAW FIRM and Defendant WALMART, INC., by and through its counsel, TYSON & MENDES, LLP, that Plaintiff's complaint and all causes of action therein be dismissed with prejudice with each party to bear their own fees and costs.

DATED this 13th day of August, 2026.

**TYSON & MENDES LLP**

*/s/ Griffith H. Hayes*
GRIFFITH H. HAYES
Nevada Bar No. 7374
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
*Attorneys for Defendant, Walmart, Inc.*

DATED this 13th day of August, 2026.

**PERALTA PLANK LAW FIRM**

/s/ *Michael J. Plank*
MICHAEL J. PLANK, ESQ.
Nevada Bar No. 14257
1117 S Rancho Dr., Suite B
Las Vegas, Nevada 89102
*Attorneys for Plaintiff*

**ORDER**

Based upon the Stipulation of the parties, the Court having reviewed all pleadings and papers on file herein, and good cause appearing.

**IT IS HEREBY ORDERED** that the above-entitled action be dismissed WITH PREJUDICE in its entirety, with all parties to bear their own attorney fees and costs.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** the Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

Dated this 20 day of August, 2026.

Gloria M. Navarro, District Judge
**UNITED STATES DISTRICT COURT**